## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

STEVEN ROY KILLINGSWORTH (#728006)

CIVIL ACTION

VERSUS

KARLA BRINGEDAHL, ET AL.

NO. 21-CV-00337-BAJ-EWD

### RULING AND ORDER

This *pro se* prisoner action alleges deliberate indifference to Plaintiff's medical needs. (*See* Doc. 1, Doc. 33). Now before the Court is Defendants' collective **Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted (Doc. 28)**, seeking dismissal of Plaintiff's action, with prejudice.

On February 27, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 36, the "R&R")**, recommending that Plaintiff's federal claims be dismissed with prejudice, and further recommending that the Court decline to exercise supplemental jurisdiction over any potential state law claims. The deadline for objecting to the R&R is past, without any objection from Plaintiff.

Having carefully considered Plaintiff's Complaint and Amended Complaint (Doc. 1, Doc. 33), Defendants' Motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted (Doc. 28)** be and is hereby

**GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 3rd day of April, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**